**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1532**

———————

OLIVIER ANKIAKEM ALEMANJI,

                                          Petitioner,

        versus

ALBERTO R. GONZALES,

                                          Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A95-224-595)

———————

Submitted:  February 7, 2007        Decided:  February 26, 2007

———————

Before WILKINSON, MOTZ, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

William Payne, BLAIR & LEE, P.C., College Park, Maryland, for
Petitioner.  Rod J. Rosenstein, United States Attorney, Allen F.
Loucks, Assistant United States Attorney, Baltimore, Maryland, for
Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olivier Ankiakem Alemanji, a native and citizen of Cameroon, requests review of an order of the Board of Immigration Appeals dismissing her appeal from the immigration judge's denial of her requests for asylum, withholding of removal, and protection under the Convention Against Torture. She alleges that substantial evidence supported her requests for relief in the form of asylum.

To obtain reversal of a determination denying eligibility for relief from removal, an alien "must show that the evidence presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution," INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Alemanji fails to show that the evidence compels a contrary result. Accordingly, we cannot grant the relief that she seeks.

We therefore deny Alemanji's petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -